IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARY JOY EMANO,<br><br>    Defendant. | C.D. Case No. CR 13-00441 DDP<br>N.D. Case No. 3-13-70752 MAG (JSC)<br><br>**ORDER EXONERATING BOND** |

TO:   RICHARD W. WIEKING, CLERK OF THE COURT,
      NORTHERN DISTRICT OF CALIFORNIA

Bond in the above-entitled case is exonerated. The Clerk of the United States District Court for the Northern District of California shall reconvey the funds posted as security to the custodian, whose name is on file with the Clerk's Office. All sureties are hereby relieved of their obligations.

IT IS SO ORDERED.

Dated: 9-16-13

JACQUELINE SCOTT CORLEY
United States Magistrate Judge